IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKIE COLLINS, #129737, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:12-cv-950-WHA |
| | ) |
| KIM THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #36), entered on July 6, 2015, and the Plaintiff's Objection thereto (Doc. #40).

The court has conducted an independent evaluation and *de novo* review of the file in this case, and, having done so, the court finds the objection to be without merit. In his objection, the Plaintiff merely repeats his arguments and claims for relief which were thoroughly addressed in the Recommendation of the Magistrate Judge. This court agrees with the well-reasoned Recommendation, and it is hereby ORDERED as follows:

1. Plaintiff's Objection is OVERRULED, and the Recommendation of the Magistrate Judge is ADOPTED.

2. The Defendants' Motion for Summary Judgment is GRANTED, and this case is DISMISSED with prejudice.

DONE this 31st day of August, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE